# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

UTIBE NOBLE ENIME

NO. 2019 KW 1567

FEB 1 0 2020

---

In Re: Utibe Noble Enime, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-19-0429.

---

BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED AS MOOT.** The record of the East Baton Rouge Parish Clerk of Court's Office reflects that on December 19, 2019, relator entered a counseled guilty plea to the offense at issue in the writ application and was sentenced.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT